✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

CHARLES LAMBERT

**APPEARANCE**

Case Number: 1:05-M-134-M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Charles Lambert

I certify that I am admitted to practice in this court.

11/17/2005
Date

[signature]
Signature

Camille A. McKenna
Print Name

6848
Bar Number

One Turks Head Place, Suite 610
Address

Providence
City

RI
State

02903
Zip Code

(401) 351-5770
Phone Number

(401) 521-4305
Fax Number