AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

RECEIVED
NOV 1 0 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

UNITED STATES OF AMERICA

v.

CHARLES LAMBERT

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:05-M-134M

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM B |
| Before: MAGISTRATE JUDGE DAVID L. MARTIN | Date and Time<br>NOVEMBER 18, 2005 AT 3:00 P.M. |

To answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1344

Brief description of offense:

BANK FRAUD

Signature of Issuing Officer

November 9, 2005
Date

JEANNINE THEALL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.