UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 05-M-134M |
| | ) | |
| | ) | |
| CHARLES LAMBERT | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant and moves to modify the conditions of his release. The defendant specifically seeks permission to travel outside the District of Rhode Island for purposes of visiting with his stepmother. In support of said motion, the defendant submits the attached memorandum of law.

Counsel for the defendant has also spoken with Lee Vilker of the US Attorney's office and he has no objection to this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount.

There has been no previous delay related to the subject matter of this motion, which is excludable.

Charles Lambert
By his Attorneys,

Robert B. Mann #0153
Camille A. McKenna #6848
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Lee Vilker at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or his office and faxed to Charlene Tryhubczak, United States Probation Office, 36 Exchange Terrace, Third Floor, Providence, RI 02903 on the 8 day of February, 2006.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 05-M-134M |
| | ) | |
| | ) | |
| CHARLES LAMBERT | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant and moves to modify the conditions of his release. The defendant specifically seeks permission to travel outside the District of Rhode Island for purposes of visiting with his stepmother in Indiana for her birthday. The defendant seeks permission to travel to Indiana, leaving February 24, 2006 and returning February 27, 2006. Defendant will be staying with his stepmother Ramona Harrell at 15851 Lake Shore Drive, Granger, Indiana 46530.

For all of the reasons set forth above, the defendant requests that his motion to modify conditions of release be granted.

Charles Lambert
By his Attorneys,

Robert B. Mann #0153
Camille A. McKenna #6848
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Lee Vilker at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or his office and faxed to Charlene Tryhubczak, United States Probation Office, 36 Exchange Terrace, Third Floor, Providence, RI 02903 on the 8 day of February, 2006.

______________________